1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DAMALI A. TAYLOR (262489)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: damali.taylor@usdoj.gov

8  Attorneys for Plaintiff

9

                    FILED
                    APR 1 9 2012
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                           SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,          )   No. CR 3-12-70406
                                       )
15          Plaintiff,                 )
                                       )   STIPULATION AND [~~PROPOSED~~]
16     v.                              )   ORDER CONTINUING PRELIMINARY
                                       )   HEARING DATE AND DOCUMENTING
17  DOMINGO CARLOS SOLORIO,            )   EXCLUSION OF TIME UNDER RULE 5.1
                                       )   AND THE SPEEDY TRIAL ACT
18          Defendant.                 )
                                       )
19  _____

20      The parties appeared before the Court in this matter on April 18, 2012 for detention

21  hearing. At the time of the hearing, Defendant was detained and the matter was set for

22  preliminary hearing on May 16, 2012. The defendant, DOMINGO CARLOS SOLORIO,

23  represented by Alfredo Morales, Esquire, and the government, represented by DAMALI A.

24  TAYLOR, Assistant United States Attorney, hereby stipulate to continue the date for preliminary

25  hearing presently set for April 26, 2012 to May 16, 2012 at 9:30 a.m. Defense counsel, who was

26  just appointed in this matter, needs additional time to examine the evidence and investigate, to

27  discuss a disposition with the government and to meet and confer with his client regarding

28  discovery in this case before formal charges are filed. The government has no objection to

ORDER EXLUDING TIME
Case No. CR 3-12-70406

excluding time.

Based on these facts, the parties stipulate that the currently scheduled date for preliminary hearing, April 26, 2012, be continued to May 16, 2012, due to defense counsel's need to examine the evidence and investigate the matter before formal charges are filed. Accordingly, pursuant to Federal Rule of Criminal Procedure 5.1, the Court is required to conduct a preliminary hearing on or before May 16, 2012, unless, *inter alia*, the defendant, who is in custody, waives the preliminary hearing or is indicted.

The parties further stipulate, in order to review the discovery and to conduct investigation necessary to effectively prepare defendant for either trial or resolution, that time be excluded under the Speedy Trial Act between April 12, 2012, the date defendant's counsel was identified, and May 16, 2012, the newly scheduled preliminary hearing date. The additional time is necessary to review the evidence and investigate the case, and it is in the best interests of the defendant to do so before formal charges are filed.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: April 18, 2012

/s/
DAMALI A. TAYLOR
Assistant United States Attorney

DATED: April 18, 2012

/s/
ALFREDO MORALES
Counsel for the Defendant

ORDER EXLUDING TIME
Case No. CR 3-12-70406

-2-

[PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in this matter is re-set from April 26, 2012 to May 16, 2012, at 9:30 a.m., before the Honorable Paul S. Grewal. The Court finds that good cause is shown for extending the time limits set forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time from April 12, 2012 through and including May 16, 2012, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by excluding the period from April 12, 2012 through and including May 16, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: 4/19/12

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE